Joshua D. Schein (SBN 264055)
JSchein@ScheinLawGroup.com
Schein Law Group
2029 Century Park East, Suite 400
Los Angeles, California 90067
Telephone: (424) 355-8555
Facsimile: (424) 355-8087

John Comerford (Admitted *Pro Hac Vice*)
jcomerford@dowdbennett.com
Cara Beck (Admitted *Pro Hac Vice*)
cbeck@dowdbennett.com
Dowd Bennett LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

JASON LIANG (SBN 251235)
Email: jliang@lianglyllp.com
LIANG LY LLP
601 S. Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
dtabacopoulos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Plaintiffs Jamal Al Mashat, Alberd Gharibian, Muna Al Mashat*

*Attorneys for Defendant STV INCORPORATED*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JAMAL AL MASHAT, an individual, ALBERD GHARIBIAN, an individual, and MUNA AL MASHAT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>STV, INC., a California Corporation, and DOES 1-10<br><br>Defendants. | CASE NO.: 22-CV-06268<br>*[Los Angeles County Superior Court, Case No. 22STCV25069]*<br><br>**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Complaint Filed: August 3, 2022<br>Trial Date: None Set |

**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Jamal Al-Mashat, Alberd Gharibian, and Muna Al-Mashat ("Plaintiffs") and Defendant STV Inc. have reached a settlement in principle in the above-referenced case. On September 25, 2023, the Parties participated in a private mediation, held before the Honorable Gail Andler (Ret.). The Parties did not conclude their mediation on September 25, 2023, and agreed to continue to mediate this matter. Between September 26, 2023 and October 3, 2023, the Parties, by and through their counsel, continued to mediate this matter, with Judge Andler's assistance. On October 3, 2023, the Parties reached a settlement in principle. A formal settlement agreement will be circulated between the Parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

DATED: October 10, 2023

Respectfully submitted,
SCHEIN LAW GROUP
LIANG LY LLP

By: /s/ Jason L. Liang
Joshua D. Schein
Jason L. Liang
*Attorneys for Plaintiffs Jamal Al Mashat, Alberd Gharibian, Muna Al Mashat*

DATED: October 10, 2023

Respectfully submitted,
DOWD BENNETT LLP
SEYFARTH SHAW LLP

By: /s/ John Comerford
John Comerford
Cara Beck
Diana Tabacopoulos
*Attorneys for Defendant STV, Inc.*