# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL AL MASHAT, an individual, ALBERD GHARIBIAN, an individual, and MUNA AL MASHAT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>STV, INC., a California Corporation, and DOES 1-10<br><br>Defendants. | CASE NO.: 22-CV-06268-FMO-MARx<br>*[Los Angeles County Superior Court, Case No. 22STCV25069]*<br><br>**ORDER ON STIPULATION [38]** |

**ORDER**

# ORDER

**PURSUANT TO THE PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE**, and for good cause show, the entire Action, entitled *Jamal Al Mashat, et al, v. STV, Inc.*, Case No. 22-CV-06268, including all claims and all causes of action by all parties against STV, shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 14, 2023            _____/s/_____
                                                        Hon. Fernando M. Olguin
                                                        United States District Judge
                                                        Central District of California